### Henry GRAY

v.

### CITY OF MONTGOMERY.

3 Div. 15.

Court of Appeals of Alabama.

June 17, 1958.

Dean, Hamilton & King, Montgomery, for appellant.

Walter J. Knabe, Montgomery, for appellee.

HARWOOD, Presiding Judge.

Affirmed on authority of Barbour v. City of Montgomery, ante, p. 490, 104 So.2d 300.

104 So.2d 301

### Willie OWENS

v.

### CITY OF MONTGOMERY

3 Div. 16.

Court of Appeals of Alabama.

June 17, 1958.

Dean, Hamilton & King, Montgomery, for appellant.

Walter J. Knabe, Montgomery, for appellee.

PRICE, Judge.

Affirmed on authority of Barbour v. City of Montgomery, ante, p. 490, 104 So.2d 300.